UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Civil Action No. 14cv6001
BRANCH SIMMONS,

                               Plaintiff

     -against-                                      **STIPULATION OF**
                                                          **DISCONTINUANCE**
ROYAL GUARD FENCE CO, INC.,                       **WITH PREJUDICE**
WESTBURY FENCE & GUARD RAIL CO., INC.,
RALPH GUERCIA and
RALPH GUERCIA JR.

                               Defendants.
-----------------------------------------------------------------------X

      In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-captioned action herby stipulate, through the undersigned counsel of record, that the above-captioned action and all claims and causes of action that were or could have been asserted therein are hereby withdrawn, with prejudice, and without costs of attorneys' fees to any party.

Dated: New York, New York
         January 22, 2015

Penn Proefriedt Schwarzfeld & Schwartz

By: _____            By: _____
Stephen Penn, Esq.                                Lee J. Mondshein, Esq.
Attorney for Plaintiff                                  Attorney for Defendants
c/o Norris McLaughlin & Marcus, P.A.         445 Broadhollow Road, Suite 334
875 Third Avenue – 8th Floor                   Melville, New York 11747
New York, New York 10022

"SO ORDERED"